STATE OF CONNECTICUT *v.* RICHARD LOMAX

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 602 (AC 18648), is denied.

*Mary Anne Royle,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided December 20, 2000

STATE OF CONNECTICUT *v.* WALTER DECLAYBROOK

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 480 (AC 19076), is denied.

*Kevin A. Randolph,* in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided December 20, 2000

ALISON NOLAN ET AL. *v.* NATIONWIDE MUTUAL INSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 60 Conn. App. 68 (AC 19213), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Herbert Watstein* and *Max F. Brunswick,* in support of the petition.